**CRIMINAL COMPLAINT**
(Electronically Submitted)

| | |
|---|---|
| **United States District Court** | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Marco Antonio Reyes-Martinez**<br>YOB: 1980; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00217MJ** |
| Complaint for violation of Title 8, United States Code Sections 1326(a), (b)(1) and 1325(a)(1) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about April 28, 2022, at or near Douglas, in the District of Arizona, **Marco Antonio Reyes-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Harlingen, Texas, on April 21, 2011, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

<u>Count 2</u>: On or about April 27, 2022, at or near Douglas, in District of Arizona, **Marco Antonio Reyes-Martinez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Marco Antonio Reyes-Martinez** is a citizen of Mexico. On April 21, 2011, **Marco Antonio Reyes-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through Harlingen, Texas. On April 28, 2022, agents found **Marco Antonio Reyes-Martinez** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Marco Antonio Reyes-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Marco Antonio Reyes-Martinez** admitted to illegally entering the United States of America from Mexico on or about April 27, 2022, at or near Douglas, Arizona, at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>ALD/AJC<br>AUTHORIZED AUSA /s/Ann DeMarais | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 29, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54